This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CHAPARRAL MATERIALS, INC.,**

Plaintiff-Appellant,

v.                                                    **NO. 30,063**

**HUGO REYNAGA d/b/a BUILDING EXPRESS,**

Defendant

and

**HIGH MOUNTAIN HOMES, INC.,**

Garnishee-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Valerie Mackie Huling, District Judge**

Bingham, Hurst, Apodaca & Wile, P.C.
Lillian G. Apodaca
Albuquerque, NM

for Appellant

Michael F. Menicucci
Albuquerque, NM

for Appellee

# MEMORANDUM OPINION

**FRY, Chief Judge.**

On March 22, 2010, Plaintiff-Appellant Chaparral Materials, Inc. filed a response to this Court's calendar notice indicating that it does not contest this Court's proposed summary disposition. Accordingly, for the reasons set forth in this Court's March 2, 2010, calendar notice, we affirm the district court's order granting High Mountain's motion to set aside the November 13, 2007, default judgment.

**IT IS SO ORDERED.**

_____

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**MICHAEL E. VIGIL, Judge**